**COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. WILLIAMS BAR DREDGING CO., Respondent.**

**No. 11198.**

Circuit Court of Appeals, Ninth Circuit.

June 24, 1946.

Douglas W. McGregor, Asst. Atty. Gen., for petitioner.

Lloyd S. Ackerman and Philip S. Mathews, both of San Francisco, Cal., for respondent.

Before GARRECHT, HEALY, and BONE, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of petitioner, for dismissal of the petition to review herein, consented to by counsel for respondent, and good cause therefor appearing, it is ordered that the petition to review in this cause be dismissed, that a judgment be filed and entered accordingly and that the mandate of this court in this cause issue forthwith.

**Taze Vincent JAMES, Appellant, v. UNITED STATES of America, Appellee.**

**No. 11223.**

Circuit Court of Appeals, Ninth Circuit.

June 24, 1946.

Ray L. Smith, of Los Angeles, Cal., for appellant.

Charles H. Carr, U. S. Atty., and James M. Carter, Ernest A. Tolin, and Homer H. Bell, Asst. U. S. Attys., all of Los Angeles, Cal., for appellee.

Before GARRECHT, MATHEWS, and ORR, Circuit Judges.

PER CURIAM.

The motion of appellee to dismiss the appeal herein for failure of appellant to prosecute the appeal, coming on regularly for hearing and there being no one present in open court, and no response made by appellee or his counsel to said motion, ordered said motion submitted to the court for consideration and decision on the papers filed. On consideration thereof, further ordered said motion granted, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.